UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| JAMAISON N MOORE<br>MICHELLE A MOORE<br>Debtor(s) | UNCLAIMED DIVIDENDS FOR<br>DEPOSIT TO REGISTRY FUND<br><br>CASE NO. BKY 07-34956 DDO |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to GE MONEY BANK in the amount of $27.20, were unclaimed.

CREDITOR:
GE MONEY BANK
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

CLAIM NUMBER:
4

AMOUNT:
$27.20

ACCOUNT NUMBER:
1210458640

Jasmine Z. Keller, Trustee

Dated: April 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 APR -4 AM 11:25 U.S. BANKRUPTCY COURT ST. PAUL, MN